SHUN C. CHEN - State Bar No. 152565
LAW OFFICES OF SHUN C. CHEN
4521 Campus Drive, #324
Irvine, California 92612-2621

Telephone: (949) 854-6671
Fax:       (949) 725-9801
E-Mail:    shunchen@att.net

Attorney for Plaintiff THOMAS BURTON

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BURTON, | CASE NO.: 8:17-cv-00705 AG (KES) |
| Plaintiff, | JUDGMENT FOR PLAINTIFF |
| vs. | |
| JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security, | |
| Defendant. | |

//
//
//
//
//
//
//

1

The Court having considered the pleadings, evidence presented, memorandum of points and authorities, and the statement of genuine facts in this case:

IT IS HEREBY ORDERED that judgment is entered in favor Plaintiff and against Defendant on all causes of action. Defendant is ordered to respond to Plaintiff's request under FOIA, in Exhibit A of the moving paper, to produce the information and record requested therein, [and to redact the record when warranted].

DATED: ___June 25___, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT
COURT JUDGE