NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, Kirstjen M. Nielsen,
Secretary of the Department of Homeland Security

FILED
CLERK, U.S. DISTRICT COURT
6/26/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_LB\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| THOMAS BURTON,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRSTJEN M. NIELSEN, in her official capacity as Secretary of the Department of Homeland Security[1],<br><br>    Defendant. | No. SA CV 17-00705 AG (KES)<br><br>JUDGMENT FOR DEFENDANT<br><br>No Hearing Date set (Docket No. 13)<br><br>[Before the Honorable Andrew J. Guilford] |

\\\
\\\
\\\
\\\
\\\

---

[1] Federal Rule of Civil Procedure 25(d) provides for the substitution of the current Secretary of the Department of Homeland Security, Kirstjen M. Nielsen, in place of the former Acting Secretary, Elaine Duke.

1

The Court having considered the pleadings, evidence presented, memorandum of points and authorities, and in accordance with the Findings of Fact and Conclusions of Law filed herein:

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant on all causes of action.

DATED: __June 25__, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Alarice M. Medrano*
_____
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant, Kirstjen M. Nielsen,
Secretary of the Department of Homeland Security